

FILED

2018 MAY 16 PM 12: 13

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Gabriel HERNANDEZ-Baltazar <br><br> Defendant. | Case No. '18 MJ8754 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Section 1326 <br> Attempted Entry After Deportation <br> (Felony) |

The undersigned complainant being duly sworn states:

On or about May 15, 2018, within the Southern District of California, defendant, Gabriel HERNANDEZ-Baltazar, who previously had been excluded, deported and removed from the United States to Mexico attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
ROBERT REYES
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF MAY 2018.

_____
HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Gabriel HERNANDEZ-Baltazar

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) A. Galindo that defendant, Gabriel HERNANDEZ-Baltazar (HERNANDEZ), attempted to enter the United States and was arrested on May 15, 2018, in Calexico, California.

On May 15, 2018, at approximately 5:10 p.m., BPA D. Davalos was performing line watch operations when he was notified by the Remote Video Surveillance System (RVSS) operator that nine individuals were making an illegal entry into the United States from Mexico approximately twelve miles east of the Calexico West Port of Entry. This area consists of irrigation canals and agricultural fields with surrounding dirt roads. Illegal aliens commonly use this area due to its remoteness, low presence of law enforcement, and close proximity to Highway 98, which is a direct route to Calexico, California.

BPA Davalos responded to the last known location given by the RVSS operator and encountered nine individuals attempting to conceal themselves in an agricultural field approximately .5 miles north of the United States/Mexico International Border Fence. BPA Davalos identified himself as a BPA and questioned the individuals as to their citizenship. BPA Davalos ascertained that one individual, later identified as HERNANDEZ, was a citizen of Mexico without the proper documentation to remain,

3

1 work, and or reside in the United States legally. BPA Davalos placed HERNANDEZ under
2 arrest.

3  Record checks revealed HERNANDEZ was ordered removed from the United States
4
5 to Mexico by an Immigration Judge on March 31, 1997. HERNANDEZ' most recent
6 removal to Mexico was December 10, 2012 through Del Rio, Texas.

7  There is no evidence showing HERNANDEZ has applied for and sought or
8
9 received permission from the United States Attorney General or the Secretary of the
10 Department of Homeland Security to re-enter the United States after being previously
11 removed.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4